# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Appel, Frederick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Bouie, Adele | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Bourke, Kevin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Brown, Sharon | FL | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Bruno, Lisa | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Callahan, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Camacho, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Cantwell, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Carleton, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Carpentieri, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Carvajal, Lizette | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Casciello, David | FL | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Cavaretta, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Cerrai, Enero | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Chierchio, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Clancy, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Collins, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 18 | Corsello, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Cossean Jr, Don | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | D'Amico, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Damore, Thomas | SC | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Dougherty, John F | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Dunn, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Elias, Nelson | CA | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Escobar-Nunez, Ivette | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Facciolli, Anthony | TX | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Farrell, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Field, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Francis, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Funaro, John | WA | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Gagen, Cynthia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Galluzzo, Douglas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Gambardella, Steven | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Garcia Jr., Fernando | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Gemmell, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Gerrity, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Gismondi, Ralph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Glander, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Gordon, Gloria Gigi | FL | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | Grace, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Heinowitz, Jason | NY | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Hickey, Terrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Horan, Moira | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Hourican, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Iznaga, Catherine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Jedrlinic, Judith | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Karaczynski, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Karpati, Zoltan | FL | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Keane, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Kearns, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Keller, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Kelty, Jr., Eugene | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Koniosis, Julia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Laster, Ella | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Loughran, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Loughran, Kevin T. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Lucas, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Lutz, Charles | PA | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Maffea, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Mahon, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Marin, Isabel | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 62 | McBride, Charles | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 63 | McCormick, Margaret | CT | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | McNamara, Peter | FL | USA | N/A | N/A | N/A | Personal Injury |
| 65 | Menendez, Jenny | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Meyers, Michael V. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Migliore, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Moore, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Moynihan Jr, Eugene | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Mundo, Joe | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Murphy, Keith | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Ness, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | O'Connor, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | O'Hagan, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Oster, Harry J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Pander, Keith | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Parker, Philip | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Perez, Carlos | NC | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Pfeffer, Ron | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Razickas, Steven J. | AZ | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Reeg, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Resto, Ivan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Sagonas, Stephen | FL | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Sclafani, Kevin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Shevlin, Clifford | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Slaughter, Maria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Smith, Dawn | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88 | Smith, Michael S | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Sparandera, Joseph | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Taddeo, Maria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Tardy, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Thomas, Norris | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Toner, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Valverde, Rafael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Vanchieri, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Vanchieri, Kathleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Vargas, Betty | SC | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Walk, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | White, Sydney | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Williams, Darryl | NY | USA | N/A | N/A | N/A | Personal Injury |